**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

JAMIE HARRIS,

      Plaintiff,

v.                                                Case No:   5:22-cv-546-GAP-PRL

FNX SPORT LLC,

      Defendant

**ORDER OF DISMISSAL**

Upon consideration of the Stipulation of Dismissal with Prejudice (Doc. 19), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot. All claims of the putative class members are hereby dismissed without prejudice.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 7, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties